# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLES DAVIS, ELLEN DAVIS,
AND LIQUID VENTURES
INCORPORATED

NO. 2025 CW 1145

VERSUS

RING PUBLICATIONS, L.L.C.
AND CRAIG GEHRING

MARCH 9, 2026

---

In Re:   Charles & Ellen Davis and Liquid Ventures, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 725437.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's September 22, 2025 judgment, which granted-in-part and denied-in-part defendants' motion for summary judgment and denied plaintiffs' motion for summary judgment is vacated. Defendants, in their reply in support of their motion for summary judgment and in their opposition to plaintiffs' summary judgment, raised evidentiary objections to evidence submitted by plaintiffs. However, the trial court failed to rule on the evidentiary objections. La. Code Civ. P. art. 966(D)(2) provides the court "shall specifically state on the record or in writing whether the court sustains or overrules the objections raised." Accordingly, this matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(D)(2) and a ruling on the motions for summary judgment filed by plaintiffs and defendants, after determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(C)(4).

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT